JOHN WERLE, Appellant, *v.* FRED STOCKINGER et al., Respondents.

(Argued December 3, 1931; decided January 5, 1932.)

560

*Richard Rogers* and *James F. Hart* for appellant.
*Ellsworth Baker* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.